NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL DELGALLO,                )
                                 )
            Appellant,           )
                                 )
v.                               )   Case No.  2D17-2549
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____)

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug, Judge.

Michael D. Gelety, Ft. Lauderdale, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.